UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
        :
LIDYA RADIN,        :
        :    12-CV-1393 (ARR)(VMS)
    Plaintiff,        :
        :    <u>NOT FOR PRINT OR</u>
  -against-        :    <u>ELECTRONIC PUBLICATION</u>
        :
DOCTOR TUN, et al.,        :    ORDER
        :
    Defendants.        :
        :
---------------------------------------------------------------- X

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated July 17, 2015, from the Honorable Vera M. Scanlon, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Brissett v. Manhattan & Bronx Surface Transit Operating Auth.</u>, No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Therefore, plaintiff's second amended complaint is dismissed in its entirety, and plaintiff is not granted further leave to amend. The Clerk of Court is directed to enter judgment accordingly and close this case.

      SO ORDERED.

                              ____/s/_____
                              Allyne R. Ross
                              United States District Judge

Dated:      August 4, 2015
             Brooklyn, New York